**CRIMINAL CAUSE FOR ARRAIGNMENT:**
BEFORE JUDGE FEUERSTEIN    October 20, 2016  TIME: 30 minutes
CR- 16-540

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 20 2016 ★
LONG ISLAND OFFICE

DEFT: #1 Edward Mangano          ATTY: K. Keating
 X present.  not present.   X custody   bail   CJA   X RET.   LAS

DEFT: #2 Linda Mangano           ATTY: J. Carman
 X present.  not present.   X custody   bail   CJA   X RET.   LAS

DEFT: #3 John Venditto           ATTY: Brian Griffin
 X present.  not present.   X custody   bail   CJA   X RET.   LAS

A.U.S.A.: L. Gatz, C. Mirable, R. Tierney            CLERK: BMM

COURT REPORTER: O. Wicker          OTHER:
INT:

X    CASE CALLED.   X  DEFTS FIRST APPEARANCE.
     DEFTS  x SWORN  x ARRAIGNED    INFORMED OF RIGHTS
_    DFT WAIVES TRIAL BEFORE DISTRICT COURT
_    WAIVER OF INDICTMENT EXECUTED FOR DEFT.
SUPERSEDING INDICTMENT / INFORMATION FILED.
_    DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.

_    DEFTS ENTER **GUILTY PLEA** TO THE INFORMATION.
_    COURT FINDS FACTUAL BASIS FOR THE PLEA.
_    SENTENCING TO BE SET BY PROBATION.

x    DEFTS ENTER **NOT GUILTY PLEA.**
 x BAIL x  SET    _   CONT'D FOR DEFTS
_ DEFT REMAINS IN CUSTODY
_    CASE ADJ'D TO_____ FOR _____ JURY SELECTION SET FOR _____
____ _    BY MAG.
_    TRIAL SET FOR
X  **SPEEDY TRIAL** INFO FOR DEFTS   X COMPLEX     STILL IN EFFECT
CODE TYPE XT     START 10/20/2016      STOP  12/7/2016
     x  ORDER ENT'D ON RECORD.

ORDER: Defendant Mangano and Venditto agree to surrender any firearms in their possession to the government. The government makes an oral motion on the record with consent of all parties to mark this case as complex. Application for complex case designation is granted. The government is directed to serve and file any Curcio application with the Court by 10/28/2016. Defendant

Venditto's response to Curcio application shall be served and filed with the Court by 11/7/2016.

Further status conference is scheduled before Judge Feuerstein on 12/7/2016 at 11:15 am.

Case 2:16-cr-00540-SJF   Document 10   Filed 10/20/16   Page 2 of 2 PageID #: 36