# KEVIN J. KEATING
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 5411
NEW YORK, N.Y. 10118
(212) 964-2702

January 19, 2017

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Mangano
Docket no. 16-CR-540

Dear Judge Feuerstein:

    As you are aware, I am attorney for Mr. Mangano. As the Court recalls, Mr. and Mrs. Mangano were arraigned before Your Honor on October 20, 2016, at which time they were released on bond which included customary travel restrictions.

    The Mangano's seek to travel to Washington D.C., tomorrow January 20, 2017, as guests at the Presidential Inauguration.

    With this, I write to respectfully request that their Conditions of Release be temporarily modified so as to allow them to attend the Presidential Inauguration.

    I have conferred with AUSA Catherine Mirabile, who offers her consent to this application.

    Thank you for your consideration.

Very Truly Yours,

KEVIN J. KEATING

KJK:as

cc: Clerk of the Court
AUSA Mirabile
All Counsel