KEVIN J. KEATING

Of Counsel
Stefani Goldin, Esq.

Paralegal
Teresa Capezza

**KEVIN J. KEATING**
ATTORNEY AT LAW
666 OLD COUNTRY ROAD
SUITE 501
GARDEN CITY, NEW YORK 11530-2004
(516) 222-1099
Fax: (516) 683-8410

www.kevinkeatinglaw.com

MANHATTAN OFFICE:
1140 AVENUE OF THE AMERICAS
9TH FLOOR
NEW YORK, N.Y. 10036
(BY APPT. ONLY)

January 24, 2017

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                          Re: United States v. Mangano
                          Ind: 16-CR-540

Dear Judge Azrack:

    As you are aware, I am attorney for Mr. Mangano in the captioned matter who is scheduled to appear for a status conference on February 1, 2017. I write to respectfully request that the conference be rescheduled to February 8, 2017 at 9:30. This request is predicated upon the fact that I have previously been scheduled to appear in a multiple defendant case in Kings County on February 1, 2017.

    I have conferred with all counsel in this matter who offer their consent to this application.

    Thank you for your consideration.

                                Very Truly Yours,

                                KEVIN J. KEATING

KJK:tc

cc: all counsel