SLR:LDM:MMO
F#:2015R02148

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDWARD MANGANO,
LINDA MANGANO and
JOHN VENDITTO;

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BILL OF PARTICULARS

Cr. No. 16-540 (JMA)

      The United States of America, by and through its attorney Robert L. Capers, United States Attorney for the Eastern District of New York, and Madeline O'Connor, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

      The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States hereby gives notice that the United States is seeking forfeiture of the following additional property:

      all right, title and interest in one black and silver Panerai Brand Luminor 44mm watch, Serial No. BB1507263.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
February 2, 2017

        ROBERT L. CAPERS
        United States Attorney
        Eastern District of New York
        610 Federal Plaza, 5th Floor
        Central Islip, New York 11722

By:   /s/ Madeline O'Connor
        Madeline O'Connor
        Assistant United States Attorney
        (631) 715-7870