

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE**
BROOKFILED PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

ALEXANDER M. VASILESCU
(212) 336-0178

November 22, 2017

**BY U.S. MAIL and ECF**

The Honorable Judge Joseph F. Bianco
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: **Securities and Exchange Commission v. Town of Oyster Bay, New York, et al., 17-CV-06809 (EDNY) (JFB)**

Dear Judges Bianco and Azrack:

    Pursuant to Local Rule 50.4, the U.S. Securities Exchange Commission ("Commission"), by and through its undersigned counsel, respectfully requests this above-captioned case, which the Commission staff filed on November 21, 2017, be reassigned to the Honorable Joan M. Azrack, U.S. District Judge, because it is related to United States v. Mangano, et al., (16-cr-540) ("Criminal Case"), a criminal action before Judge Azrack involving the same transactions or events that are at issue in the Commission's action. In addition, one of the defendants in the Commission's action is among the three defendants in the Criminal Case.

    Local Rule 50.4 permits the reassignment of a case "in the interests of justice and the efficient disposition of the business of the court." Here, reassignment of the Commission's case to Judge Azrack, to whom the Criminal Case is assigned, would best serve the interests of justice and lead to a significant savings of judicial resources. In the Commission's action, the Town of Oyster Bay, New York and the then-Town Supervisor, John Venditto, are charged with securities fraud for to failing to disclose to investors more than $20 million of loans that the Town of Oyster Bay, New York, had indirectly guaranteed. In the Criminal Case, the United States Attorney's Office for the Eastern District of New York has filed a criminal action against Mr. Venditto and others for crimes in connection with this same loan scheme, including securities fraud charges against Mr. Venditto.

November 22, 2017
Page 2

      Because the subject matter of the civil and criminal cases is the same, and involves the same securities fraud scheme against Mr. Venditto, the Commission respectfully submits that reassignment would be appropriate, as it would likely serve the interests of justice and result in a significant savings of judicial resources.

                                                    Respectfully submitted,

                                                    Alexander M. Vasilescu

cc: defense counsel by email.