# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

**FILED CLERK**
8/7/2023 4:32 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 16-CR-540 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Edward Mangano | Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
222 Cadman Plaza East Street, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
BREON PEACE, United States Attorney
Eastern District of New York
610 Federal Plaza, Central Islip, NY 11722
Attn: Madeline O'Connor

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please secure and maintain in Brooklyn USMS location until appeal is finalized. Return Receipt Requested.

CATS ID #: 17-FBI-000457
Asset Description: Black and Silver Panerai Luminor 44mm Watch

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Madeline O'Connor* KCL
TELEPHONE NUMBER: 631-715-7870
DATE: 6/14/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 53
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk: Cynthia Yuquilima
Date: 7/31/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/7/23
Time: ☐ am ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: Cynthia Yuquilima

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Asset was taken custody on 7/31/23 and is stored in Brooklyn USMS location

D53: 2016-CR-00540-1

Form USM-285
Rev. 03/21

FR:MMO
F. #2015R02148

**FILED**
**CLERK**
9:41 am, Aug 25, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

EDWARD MANGANO,

        Defendant.

- - - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

16-CR-540 (S-2) (JMA)

      WHEREAS, on or about March 8, 2019, Edward Mangano (the "defendant"), was convicted at trial of Counts One through Four, and Seven of the above-captioned Superseding Indictment, charging violations of 18 U.S.C. §§ 371, 666(a)(1)(B), 1343, 1346, 1349 and 1512(k); and

      WHEREAS, on April 14, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of five hundred twenty-six thousand six hundred six dollars and ninety-five cents ($526,606.95) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in one black and siler Panerai Brand Luminor 44mm watch, serial number BB1507263 (the "Seized Watch"), are forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property, real or personal, which constitutes or is derived from proceeds traceable to the offenses in Count One through Four, and/or substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 10, 2022 through and including June 8, 2022 (Docket no. 496);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Watch and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Seized Watch and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigations, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Watch and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Asset Recovery Paralegal, Kristen Lake, 610 Federal Plaza, Central Islip, New York 11722.

Dated:   Central Islip, New York
             August 25, 2022

                      SO ORDERED:

                      /s/ Joan M. Azrack

                      HONORABLE JOAN M. AZRACK
                      UNITED STATES DISTRICT JUDGE
                      EASTERN DISTRICT OF NEW YORK