# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00540-JMA-SIL |
| v. | |
| EDWARD MANGANO, | **WAIVER OF APPEARANCE** |
| Defendant. | |

Defendant Edward Mangano, after consulting with and on the consent of his counsel, hereby agrees that:

1.      On July 9, 2025, the United States Court of Appeals for the Second Circuit issued its mandate reversing Mangano's convictions on Counts 1 and 2 and remanding the above-captioned case to this Court for resentencing.

2.      Resentencing is scheduled for January 15, 2026.

3.      Mangano is incarcerated at FMC Devens, in Devens, Massachusetts.

4.      By this Waiver of Appearance, Mangano intends to waive his physical appearance at any court proceedings conducted in connection with resentencing.

5.      Mangano understands that by executing this Waiver of Appearance, the Court may impose a sentence upon him as if he were physically present for resentencing.

6.      Mangano understands that he is waiving certain rights that he has pursuant to Rules 32(i) and (j) and Rule 43 of the Federal Rules of Criminal Procedure, and under the Constitution of the United States, that relate to physical appearance at sentencing, including the right to have

the Court address him in person, to appear physically to speak or present any information to the Court in mitigation of the sentence, or to have the Court advise him in person of his right to appeal.

7. Mangano agrees that he will not file a direct appeal based on, nor litigate under Title 28, United States Code, Section 2255, Section 2241, and/or litigate in any other manner, any claim that relates in any way to his physical non-appearance at any court proceedings conducted in connection with resentencing.

8. This Waiver of Appearance is binding and enforceable regardless of the sentence imposed at resentencing.

9. Mangano, after consulting with counsel, has knowingly and voluntarily executed this Waiver of Appearance to waive his physical appearance at any court proceeding conducted in connection with resentencing, and to waive the rights referenced in this Waiver of Appearance.

Dated: _____, 2025

_____
Defendant Edward Mangano

Agreed to:

_____
Morris J. Fodeman

*Counsel to Edward Mangano*

2